| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pepper, Pamela | 2. Court or Organization United States District Court, E.D. Wisconsin | 3. Date of Report 06/19/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge--active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 517 East Wisconsin Avenue Room 271 Milwaukee, WI 53202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust #1 |
| 2. | Ex-officio director | Eastern District of Wisconsin Bar Association |
| 3. | Secretary | National Conference of Bankruptcy Judges |
| 4. | Member, Board of Directors | American Bankruptcy Institute |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/19/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/06/14-02/09/14 | San Juan, Puerto Rico | Speaking at the ABI Caribbean Insolvency conference | Travel, meals, hotel |
| 2. | Center for American and International Law | 02/13/14-02/14/14 | New Orleans, Louisiana | Speaking at the Fifth Circuit Bankruptcy Judges' Conference | Travel, meals, hotel |
| 3. | State Bar of Wisconsin | 02/27/14-02/28/14 | Kohler, Wisconsin | Speaking at the annual State Bar Bankruptcy Retreat | Travel, meals, hotel |
| 4. | National Conference of Bankruptcy Judges | 04/06/14-04/08/14 | Kansas City, Missouri | Mid-year meeting of the National Conference of Bankruptcy Judges board | Travel, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Pepper, Pamela** | 06/19/2015 |

| 5. | American Bankruptcy Institute | 04/24/14-04/27/14 | Washington, DC | Annual Spring Meeting of the American Bankruptcy Institute board | Travel, meals, hotel |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | 06/12/14-06/15/14 | Lake Geneva, Wisconsin | Speaking at the ABI Central States bankruptcy conference | Travel, meals, hotel |
| 7. | State Bar of Wisconsin | 06/25/14-06/26/14 | Lake Geneva, Wisconsin | Speaking at the State Bar Annual Meeting and Conference | Travel, meals, hotel |
| 8. | National Association of Chapter Thirteen Trustees | 07/18/14-07/19/14 | Chicago, Illinois | Speaking at the NACTT annual meeting | Travel, meals, hotel, mug and candies |
| 9. | National Conference of Bankruptcy Judges | 10/07/14-10/11/14 | Chicago, Illinois | Annual meeting of the NCBJ board/educational program | Travel, meals, hotel |
| 10. | American Bankruptcy Institute | 12/04/14-12/06/14 | Palm Springs, California | Winter Leadership Conference of the ABI | Travel, meals, hotel |
| 11. | Mississippi Bankruptcy Conference | 12/11/14-12/12/14 | Jackson, Mississippi | Speaking at the Mississippi Bankruptcy Conference annual conference | Travel, meals, hotel, decorative bowl |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/19/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pershing, LLC | Loan from Profit Sharing Plan #1 | J |
| 2. | Chase | Revolving credit account | J |
| 3. | Loeb & Herman, S.C. | Legal services balance | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Funds High-Income Municipal Bond Fund | B | Dividend | | | Sold | 12/10/14 | K | | |
| 2. American Funds Growth Fund of America | A | Dividend | | | Sold | 12/10/14 | J | | |
| 3. Penn Mutual Variable Universal Life: Ssg Index 500 Fund | A | Interest | J | T | | | | | |
| 4. Penn Mutual Variable Universal Life: T. Rowe Price Flexibly Mg'd Fund | A | Interest | J | T | | | | | |
| 5. The Principal Adjustable Life | A | Dividend | J | T | | | | | |
| 6. Profit Sharing Plan #1 | | | | | | | | | |
| 7. --Principal Investors Real Estate Sec. | A | Dividend | | | Sold | 12/23/14 | K | | |
| 8. --Principal Investors Diversified International Fund | A | Dividend | | | Sold | 12/23/14 | J | | |
| 9. --Principal Investors Small Cap Blend | A | Dividend | | | Sold | 12/23/14 | J | | |
| 10. --Principal Investors Mid Cap Blend Fund | A | Dividend | | | Sold | 12/23/14 | L | | |
| 11. --Principal Capital Appreciation Fund | A | Dividend | | | Sold | 12/23/14 | K | | |
| 12. --Principal Equity Income Fund | A | Dividend | | | Sold | 12/23/14 | J | | |
| 13. --Principal Investors Money Market Fund | A | Interest | | | Sold | 12/23/14 | J | | |
| 14. IRA #1 | | | | | | | | | |
| 15. --Principal Mutual Funds MidCap (Y) | | | | | | | | | |
| 16. --Principal Mutual Funds Small Cap Blend (Y) | | | | | | | | | |
| 17. U.S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust #1 | | | | | | | | | |
| 19. --Equitable Bank cash accounts (Y) | | | | | | | | | |
| 20. 401k #1 | | | | | | | | | |
| 21. --American Funds EuroPacific Growth (Y) | | | | | | | | | |
| 22. --American Funds Fundamental Investors (Y) | | | | | | | | | |
| 23. --Nuveen Equity Index (Y) | | | | | | | | | |
| 24. PNC Bank cash accounts | A | Interest | J | T | | | | | |
| 25. IRA #2 | | | | | | | | | |
| 26. --Edward Jones Growth Fund of America | A | Dividend | J | T | Open | 12/12/14 | J | | |
| 27. --Edward Jones Principal Capital Appreciation Fund | A | Dividend | K | T | Open | 12/23/14 | K | | |
| 28. --Edward Jones Principal Equity Income Fund | A | Dividend | J | T | Open | 12/23/14 | J | | |
| 29. --Edward Jones Pi Diversified International | A | Dividend | J | T | Open | 12/31/14 | J | | |
| 30. --Edward Jones Pi Real Estate Securities Fund | A | Dividend | K | T | Open | 12/23/14 | K | | |
| 31. --Edward Jones Pi SMALLCAP Blend Fund | A | Dividend | J | T | Open | 12/30/14 | J | | |
| 32. --Edward Jones Principal Midcap Fund | A | Dividend | L | T | Open | 12/30/14 | L | | |
| 33. --Edward Jones cash | A | Dividend | J | T | Open | 12/23/14 | J | | |
| 34. Edward Jones--American Funds High Income Muni Bond Fund | A | Dividend | K | T | Open | 12/12/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/19/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III-B. This nformation is no longer reportable, pursuant to Section 102(e)(2).

VI-1 The loan from Pershing was money I borrowed from my Principal Profit Sharing Plan years ago, and was re-paying to myself over time. In December 2013, I transferred the Principal funds to Edward Jones. Pershing will treat the balance of the loan as a default, and the IRS will likely assess tax on the "income" from the default on that loan to myself on my taxes.

VII-1, 2 I transferred the American Funds assets to Edward Jones in December 2014.

VII-6-13 I transferred the Principal profit-sharing funds to Edward Jones in December 2014.

VII-14-16 IRA#1 is no longer reportable, pursuant to Section 102(e)(2).

VII-18-19 Trust #1 is no longer reportable, pursant to Section 102(e)(2). My position as trustee remains reportable in Part I, because a trust remains in effect. It does not contain any reportable assets.

VII-25-34 I opened these Edward Jones accounts when I transferred my funds from the American Funds and Principal profit sharing accounts in December 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544